# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL REYES, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　　Defendants. | Case No. CV 15-3452-DMG (FFMx)<br><br>**PRELIMINARY INJUNCTION** |

　　　　On December 23, 2015, the Court issued the following Preliminary Injunction against Defendant Transamerica Life Insurance Company ("Transamerica"). Pending the final disposition of this lawsuit, Transamerica and its agents or representatives are hereby preliminarily enjoined:

　　　　1.　　From engaging in communications with any Plaintiff, in the absence of Plaintiff's counsel, that directly or indirectly, refers to this lawsuit, or the potential consequences of their participation in this lawsuit; and

2. From terminating, suspending, failing to pay, disciplining, threatening to terminate, retaliating or discriminating against, or taking similar adverse action against any employee, for actions that relate to or arise out of contested claims asserted in this lawsuit, and which has the anticipated or intended effect of precluding, deterring, or discouraging Plaintiffs or other Transamerica employees from testifying, assisting, or participating in the prosecution of this action. Subject to the preceding sentence, this does not prevent Defendants from enforcing current policies and work rules.

Within 10 days from the date of this Order, Transamerica shall post a copy of this TRO on a prominently-located bulletin board in the Installation Services Department easily visible to Plaintiffs and other Transamerica employees, and distribute copies to its managers and supervisors within that Department.

**IT IS SO ORDERED.**

DATED: December 23, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE