JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HAZEL REYES, et al.<br><br>PLAINTIFFS,<br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, et al.<br><br>DEFENDANT. | CASE NUMBER<br><br>CV 15-3452-DMG (FFMx)<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT** |
|---|---|

This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the legal issues having been duly tried and the jury having duly rendered its verdict; and the Court having adopted the jury's explicit and implicit findings in deciding the equitable claims;

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and that Plaintiffs shall take nothing. The action is dismissed on the merits.

Clerk, U. S. District Court

Dated: December 12, 2016               By     Kane Tien
                                              Deputy Clerk